**No. 10-678. Gregory S. Hollister, Petitioner v. Barry Soetoro, et al.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2002.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1180, 131 S. Ct. 1017, 178 L. Ed. 2d 829, 2011 U.S. LEXIS 830.